**In the Interest of J.I.S., Appellant**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 75762.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

Patricia Harrison, St. Louis, MO, for Appellant.

Michael Fogal, Kansas City, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

J.I.S. appeals the Jackson County Family Court's judgment adjudicating him delinquent and ordering him committed to the care and custody of the Children's Division and Family Court Services. He claims that his rights to due process were violated and requests a remand for a new adjudication hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).